

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00592-CV

**NORTH EAST INDEPENDENT SCHOOL DISTRICT** and Texas Commissioner of
Education,
Appellants

v.

Dehann **RIOU**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI09958
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The appellee's unopposed motion for access to sealed records is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court